# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2022

## NO. 03-21-00067-CV

**The City of Austin, Appellant**

**v.**

**Irene Quinlan, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, KELLY
AFFIRMED IN PART, REVERSED AND RENDERED IN PART—
OPINION BY JUSTICE TRIANA
CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on January 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the order as to Quinlan's claims relating to the City's alleged negligent implementation of its policy regarding the maintenance of the premises. Therefore, the Court affirms the portion of the trial court's order with respect to those claims. The Court further holds that there was reversible error in the portion of the order as to Quinlan's claims relating to the design of the premises and her claims relating to the alleged "joint enterprise" between the City and Guero's. Therefore, the court reverses the portion of the trial court's order with respect to those claims and renders judgment dismissing those claims against the City. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.